```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

SHAWN KROCK,
                                      NO. CIV. 2:11-02487 WBS KJN
          Plaintiff,
                                      ORDER OF RECUSAL
               v.

FINANCIAL TITLE COMPANY;
EQUIFIRST CORPORATION;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
MERS); U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET SECURITIES
CORPORATION TRUST 2007-EQ1;
WELLS FARGO BANK, N.A.; NDEX
WEST, LLC; ANDREW FONTI;
WILLARD CALVIN LYFORD;
CAPSTONE HOME LOAN
CORPORATION; and
DOES 1 THROUGH 100, inclusive,

          Defendants.
                                     /

                           ----oo0oo----
```

The undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

to compensate for such reassignment.

        Any dates previously set in this case are hereby VACATED.

DATED:  September 23, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE