UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KROCK,<br><br>               Plaintiff,<br><br>    v.<br><br>FINANCIAL TITLE COMPANY;<br>EQUIFIRST CORPORATION; MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC. (MERS); U.S. BANK NATIONAL<br>ASSOCIATION, AS TRUSTEE FOR<br>STRUCTURED ASSET SECURITIES<br>CORPORATION TRUST 2007-EQ1;<br>WELLS FARGO BANK, N.A.; NDEX<br>WEST, LLC; ANDREW FONTI; WILLARD<br>CALVIN LYFORD; CAPSTONE HOME<br>LOAN CORPORATION; AND DOES 1<br>THROUGH 100, INCLUSIVE,<br><br>               Defendants. | Case No. 2:11-CV-02487 JAM-KJN<br><br><br><br><br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS |

This matter comes before the Court on Defendant EquiFirst Corporation's ("EquiFirst") Motion to Dismiss (Doc. #14) Plaintiff Shawn Krock's ("Plaintiff") First Amended Complaint (Doc. #1), pursuant to Federal Rules of Civil Procedure 12(b)(6). Plaintiff did not oppose the Motion to Dismiss.[1]

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g). The hearing was scheduled for December 7, 2011.

1

Plaintiff did not file an opposition or statement of non-opposition to EquiFirst's Motion to Dismiss.  Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiff's counsel, Paul R. Bartleson, $150.00 unless he shows good cause for his failure to comply with the Local Rules.  Though Mr. Bartleson filed an Association of Attorneys (Doc. #22) listing Brion St. James as co-counsel, the December 7, 2011 filing was well after an opposition or statement of non-opposition should have been submitted to the Court.  Therefore, the Court holds Mr. Bartleson responsible for the failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.  Counts I, II, III, IV, VI, XII, and XIII are time-barred and Plaintiff does not properly plead his other causes of action.  It is further ordered that within ten (10) days of this Order, Paul R. Bartleson shall either (1) pay sanctions of $150.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: December 13, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE