UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KROCK, | Case No. 2:11-CV-02487 JAM-KJN |
| Plaintiff, | |
| v. | |
| FINANCIAL TITLE COMPANY; EQUIFIRST CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2007-EQ1; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; ANDREW FONTI; WILLARD CALVIN LYFORD; CAPSTONE HOME LOAN CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE, | ORDER GRANTING DEFENDANT US BANK NATIONAL's MOTION TO SEVER AND REMAND UNLAWFUL DETAINER ACTION |
| Defendants. | |

This matter comes before the Court on Defendant US Bank National Association's ("US Bank") Motion to Sever and Remand Unlawful Detainer Action (Doc. #29) because there is no federal supplemental jurisdiction, diversity jurisdiction, or federal question jurisdiction for the unlawful detainer action. Plaintiff did not oppose the Motion.[1]

---

[1] This motion was determined to be suitable for decision without

1

1   Plaintiff did not file an opposition or statement of non-
2 opposition to US Bank's Motion to Sever and Remand.  Local Rule
3 230(c) requires a party responding to a motion to file either an
4 opposition to the motion or a statement of non-opposition, no less
5 than fourteen (14) days preceding the noticed hearing date.  Local
6 Rule 110 authorizes the Court to impose sanctions for "failure of
7 counsel or of a party to comply with these Rules."  Therefore, the
8 Court will sanction Plaintiff's counsel, Brion L. St. James,
9 $150.00 unless he shows good cause for his failure to comply with
10 the Local Rules.

                                ORDER

12   After carefully considering the papers submitted in this
13 matter, it is hereby ordered that US Bank's Motion to Sever and
14 Remand Unlawful Detainer Action is GRANTED for lack of jurisdiction
15 under Federal Rule of Civil Procedure 21 and 28 U.S.C. § 1447.  It
16 is further ordered that within ten (10) days of this Order, Brion
17 L. St. James shall either (1) pay sanctions of $150.00 to the Clerk
18 of the Court, or (2) submit a statement of good cause explaining
19 his failure to comply with Local Rule 230(c).
20   IT IS SO ORDERED.
21 Dated: April 30, 2012                    _____
22                                          JOHN A. MENDEZ,
                                            UNITED STATES DISTRICT JUDGE
23 oral argument. E. D. Cal. L. R. 230(g).  The hearing was scheduled
   for May 2, 2012.