UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KROCK,<br><br>vs.<br><br>FINANCIAL TITLE CO., et al | Civ.S-11-2487 JAM KJN<br><br><br><br>**MINUTE ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

On May 1, 2012 this Court ordered Plaintiff Shawn Krock's attorney Brion L. St. James to pay a sanction of $150 or submit a statement of good cause for his failure to comply with the local rules.  (Doc. # 32). Mr. St. James failed to comply with the Court's Order and was ordered to appear before this Court on June 13, 2012 at 9:30 am for a hearing to show cause regarding his failure to comply with the local rules and the Court's order (Doc. #33).  On June 13, 2012, Mr. St. James failed to appear.  Due to his continued failure to respond to the Court's orders, Mr. St. James' is ordered to pay sanctions totaling $500, due no later than close of business on July 13, 2012.   IT IS SO ORDERED.

Dated:  6/13/2012

  Victoria C. Minor,  Clerk
By:

   /s/
_____

H. A. Vine
Courtroom Clerk