UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KROCK,**   )<br>                )<br>   vs.        )<br>                )<br>**FINANCIAL TITLE CO., et al**  )<br>                )  | Civ.S-11-2487 JAM KJN<br><br>**<u>MINUTE ORDER</u>** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

On May 1, 2012 this Court ordered Plaintiff Shawn Krock's attorney Brion L. St. James to pay a sanction of $150 or submit a statement of good cause for his failure to comply with the local rules. (Doc. # 32). Mr. St. James failed to comply with the Court's Order and was ordered to appear before this Court on June 13, 2012 at 9:30 am for a hearing to show cause regarding his failure to comply with the local rules and the Court's order (Doc. #33). On June 13, 2012, Mr. St. James failed to appear. Due to his continued failure to respond to the Court's orders, Mr. St. James' is ordered to pay sanctions totaling $500, due no later than close of business on July 13, 2012.   IT IS SO ORDERED.

Dated:  6/13/2012

                                                    Victoria C. Minor,  Clerk
                                                    By:

                                                         /s/
                                                    _____

                                                    H. A. Vine
                                                    Courtroom Clerk